# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2: 11-bk-59202 |
| Nita Addrece-Jones } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:       Nita Addrece-Jones

Street:        2639 Woodland Ave.

City, State, Zip: Columbus, OH 43211

**Please be advised that effective October 28, 2015
my new mailing address is:**

Name:       Nita Addrece-Jones

Street:        5042 Lindora Dr.

City, State ,Zip: Columbus, OH 43232


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on October 28, 2015 to the following:

**Trustee:**
Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Nita Addrece-Jones
5042 Lindora Dr.
Columbus, OH 43232

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480